[818 NE2d 647, 785 NYS2d 6]

In the Matter of MARTHA FERRUGIA, Appellant, v NEW YORK STATE DEPARTMENT OF HEALTH et al., Respondents.

Decided September 2, 2004

684

### APPEARANCES OF COUNSEL

*Koldin Law Center, P.C.*, East Syracuse (*Stephen K. Koldin* of counsel), for appellant.

*Betsy S. Steger*, Mayville, for Chautauqua County Department of Social Services, respondent.

*Eliot Spitzer, Attorney General*, Albany (*Kathleen M. Treasure* and *Peter H. Schiff* of counsel), for New York State Department of Health, respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order reversed, with costs, petition granted, respondents' determination denying petitioner's medical assistance application annulled and respondents directed to disregard the income and resources of the subject irrevocable trust in determining petitioner's entitlement to medical assistance, for the reasons stated in the dissent at the Appellate Division (5 AD3d 1116, 1117-1119 [2004]).

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.